

FILED
5/31/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RECEIVED
MAY 0 9 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kenneth B Farris Jr

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

1:16-cv-5097
Judge Joan B. Gottschall
Magistrate Judge Young B. Kim
PC5

Thomas Dart

Officer Munoz

Et al

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. **Name:** Kenneth B Farris Jr

B. **List all aliases:** ______

C. **Prisoner identification number:** 20160127118

D. **Place of present confinement:** Cook County Jail

E. **Address:** PO Box 089002 Chicago IL 60608

**(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)**

II. **Defendant(s):**

**(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)**

A. **Defendant:** Thomas Dart

**Title:** Sheriff

**Place of Employment:** Cook county Jail

B. **Defendant:** officer Munoz

**Title:** Officer

**Place of Employment:** Cook County Jail

C. **Defendant:** ______

**Title:** ______

**Place of Employment:** ______

**(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)**

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 14- CV-6259

B. Approximate date of filing lawsuit: 4 -15

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Johnathan Lacy, marquis Bowers ~~Marquis Barnes~~ maurice Barta...

D. List all defendants: Thomas Dart Et all

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Eastern Division

F. Name of judge to whom case was assigned: Judge Gettleman

G. Basic claim made: Court house wheelchair essesibility

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: ____________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

**State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)**

(June 30-31? 2014)

On the last day of June, Officer Munoz unlocked my cell and made a statement concerning a missing Pen, He then opened the cell door allowed 10 other Inmates carring canes into my cell. I tried to get out of cell and they pushed me back and started punching me and hitting me with canes to the point they shattered two of them over my head arms, and body. officer munoz was watching incident through window. When they finished officer munoz came into cell picked up pieces of cane that they broke. Held a state pen up and told rest of cell this is the pen your allowed. He never offered me any assistance left me bleeding trying to get back in chair. Office munoz refused me medical attention and even refussed [illegible] to file an Incident report to allow me to press charges. On next shift mrs Thomas nurse came seen me ask why he didnt get me medical attention or file a report. Told me I was to see a doctor next day. Visable lumps bruising bleeding scabs on chest. Office munoz is here for our safety as well as security. Even if he thinks an Inmate did something

wrong, there's a diciplinary Committy to decide matters. A officer should not be allowed to take matters in his own hands. Officer munoz should have prevented this. He held door so they could come into cell, He could have stoped it at any time. He neglected to call seargent to come take picturs, or vidoe of my injuries. He totally neglected his duties as officer. Although he watched intire incident he did nothing to stop it or prevent it. There were several witneses in cell. I filed 8 grievences refused control Number finely sent to officer review board. Ive wrote them as well, never recieved response.

**V. Relief:**

**State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

mandatory and punative damages

**VI. The plaintiff demands that the case be tried by a jury.** ☐ **YES** ☐ **NO**

**CERTIFICATION**

**By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.**

**Signed this** 23 **day of** April **, 20**16

Kenneth B Farris Jr
**(Signature of plaintiff or plaintiffs)**

Kenneth B Farris Jr
**(Print name)**

20160127118
**(I.D. Number)**

Cook County Jail
PO Box 089002
Chicago IL 60608
**(Address)**

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

2nd Grievence

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

CONTROL #
N/A

! This section is to be completed by Program Services staff - ONLY ! (! Para ser llenado solo por el personal de Program Services !)

GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☒ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

REFERRED TO:

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT:
☒ OTHER: Inmate Serv. Admin

INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Farris | Ken | 20140401095 |
| DIVISION (División): 3-8-N | LIVING UNIT (Unidad): 3-8-N | DATE (Fecha): 8/2/14 |

INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)

I was jumped on June 31st 2014 officer munoz watched this and did nothing to stop it. As soon as lockdown ended officer munoz came into cell talking about a pen when I went to leave cell several Inmates (over 10) passed officer munoz up and pushed me back in cell all carring canes some started punching me and Inmate Echo and Inmate Darnell Flora started beating me with canes to the point they shattered them over my head and body. I looked and seen officer munoz watching everything in window when they finished breaking canes then officer munoz came in and picked up pieces of cane did not even ask if Im ok, left me bleeding trying to get into my wheelchair. Officer munoz refused me medical Attention or even report Insident so I could press charges The other officer that was on duty ask if I was ok later that night and ask IF he could help Nurse Thomas came helped me ask why he didn't report it told me to see doctor visable lumps

ACTION THAT YOU ARE REQUESTING (Acción que ésta solicitado):

and bleeding. Officer munoz is here for our safety and to watch over us he could have stoped it or prevented it totally, should have both took pictures as well as report it to supervisor so I could have atleast filed charges he neglected his duty watched everything did not stop it or try have witness statments

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:)

original grievence filed on 7-2-14

INMATE SIGNATURE (Firma del Preso): Ken Farris

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): S. Richardson | SIGNATURE: [signature] | DATE CRW/PLATOON COUNSELOR RECIEVED: 8/6/14 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: / / |

(FCN-47)(NOV 11) (WHITE COPY - PROGRAM SERVICES) (YELLOW COPY - CRW/PLATOON COUNSELOR) (PINK COPY - INMATE)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

CONTROL #: N/A

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Farris | Ken | 2014040 1095 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 240- Misconduct (non-physical) by Sworn Staff.

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable): Grievance status is denied, your submission of this complaint is beyond the 15 Days from the alleged event. If you feel there is just cause for reconsideration of this status, please resubmit the grievance issue and provide a full detailed explanation for the submission delay and an administrative review will be conducted.

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Inmate Serv. Admin.

DATE REFERRED: 8/7/14

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: |
|---|---|---|---|
| Richardson | [signature] | Inmate Serv. Adm. | 8/7/14 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | __/__/__ |

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:

☐ GRIEVANCE SUBJECT CODE: ______

☐ NON-GREIVANCE SUBJECT CODE: ______

INMATE SIGNATURE *(Firma del Preso)*: X [signature]

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 8/8/14

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* *Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* __/__/__

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* Yes *(Si)* ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| | | __/__/__ |

INMATE SIGNATURE *(Firma del Preso)*:

DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación)*: __/__/__

(FCN-48)(NOV 11) (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – C.R.W./PLATOON COUNSELOR) (PINK COPY – INMATE)